UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEO NESSLEIN and JANE NESSLEIN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>          Defendants. | Case No. 2:16-cv-08858-ODW-RAO<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION AS TO DEFENDANT GRINNELL LLC WITHOUT PREJUDICE |

Pursuant to the Joint Stipulation to Dismiss Action as to Defendant GRINNELL LLC (erroneously sued as GRINNELL LLC, F/K/A GRINNELL CORPORATION, SUED INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO GRINNELL FIRE PROTECTION SYSTEMS COMPANY, INC.) ("GRINNELL LLC"), filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to GRINNELL LLC without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: January 31, 2017          By _/s/ Otis D. Wright, II_
                                         HON. OTIS D. WRIGHT, II
                                         United States District Court Judge

1